Timothy M. Frank (CA Bar No. 263245)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Tel: (713) 343-0478

Attorney for Plaintiffs DISH Network
L.L.C. and Sling TV L.L.C.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C. et al., | Case No. 8:25-cv-01482-MRA-DFM |
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| SCOTT FORBES et al., | |
| Defendants. | |

1. Defendants were personally served on August 4, 2025. (Doc. 11-12.)

2. Plaintiffs filed proofs of service on August 11, 2025. (*Id.*)

3. Plaintiffs stipulated, on August 22, 2025, to Defendants' request for an extension of time to respond to the complaint through September 25, 2025. (Doc. 16.)

4. Defendants filed the stipulation on September 9, 2025. (*Id.*)

5. Defendant Forbes filed an answer on September 9, 2025. (Doc. 14.)

6. Plaintiffs inquired as to whether Defendant Discount Warehouse, LLC would also be filing an answer to the complaint and are awaiting a response.

7. Plaintiffs intend to request the Clerk's entry of default against Defendant Discount Warehouse, LLC if it does not file a response to the complaint by September 25, 2025, unless instructed otherwise by the Court.

  The Court's show cause order should be satisfied because Plaintiffs diligently prosecuted this case.

Dated: September 10, 2025      Respectfully submitted,

                 /s/ Timothy M. Frank
                 Timothy M. Frank (CA Bar No. 263245)
                 timothy.frank@hnbllc.com
                 Hagan Noll & Boyle LLC
                 820 Gessner, Suite 940
                 Houston, Texas 77024
                 Tel: (713) 343-0478

                 Attorney for Plaintiffs DISH Network L.L.C. and Sling TV L.L.C.